UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Priority | |
| Send | |
| Enter | |
| Closed | |
| JS-5/JS-6 | X |
| Scan Only | |

**CASE NO.:** CV 18-3467 SJO-FFM     **DATE:** June 6, 2018

**TITLE:** Juan Pablo Chavez v. Bertelsmann SE & Co. KgaA, et al.

==========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                    Not Present
Courtroom Clerk                                   Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                         Not Present

==========================================================================
**PROCEEDINGS (in chambers): ORDER DISMISSING ACTION AS DUPLICATIVE**

On January 18, 2018, Plaintiff, proceeding *pro se*, filed a complaint ("the Complaint") in the United States District Court for the Eastern District of Virginia. (*See* Compl., ECF No. 1.) On April 24, 2018, the presiding judge on that matter ordered the action be transferred to the Central District of California. (*See* Transfer Order, ECF No. 25.) The Central District of California received this action (the "Virginia Action") on April 25, 2018. (*See* Notice of Transfer, ECF No. 27.)

A nearly identical complaint was filed in the United States District Court for the Southern District of New York on January 16, 2018. *See Juan Pablo Chavez v. Bertelsmann SE & Co. KGaA*, et al., CV 18-2000 SJO (FFM) (the "New York action"). This Court dismissed the New York action as the complaint was a "word-for-word duplicate" of the complaint filed in *Juan Pablo Chavez v. Bertelsmann SE & Co. KGaA, et al.*, CV 18-375 SJO (FFM) (the "California Action"), on January 16, 2018 in the Central District of California.

As in the New York action, the Complaint in the Virginia Action is an almost identical copy of the complaint filed in the California Action. The only difference is the name of the court in which it was filed. The parties, the alleged facts, the legal claims, and the request for relief do not differ. Pursuant to the Court's "discretion to dismiss a duplicative later-filed action," *Bojorquez v. Abercrombie & Fitch, Co.*, 193 F. Supp. 3d 1117, 1123 (C.D. Cal. 2016) (quoting *Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir.2007), this action is hereby **DISMISSED**.

For the foregoing reasons, the Court **DISMISSES** this action as duplicative.

IT IS SO ORDERED.